SAMSUNG MEXICANA S.A. DE C.V., **Plaintiff-counter-defendant— Appellant,**

v.

**CALIFORNIA MULTIMODAL, INC., Defendant-counter-claimant—Appellee.**

**No. 00–55341.**

**D.C. No. CV–96–02176–TJW/JAH.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 7, 2001.

Decided Jan. 16, 2002.

Before BRIGHT,* KOZINSKI, and W. FLETCHER, Circuit Judges.

---

* Honorable Myron H. Bright, Senior Circuit Judge for the Eighth Circuit, sitting by designation.

MEMORANDUM **

Because the district court's findings of fact and computation of damages were not clearly erroneous, we affirm. *See Ambassador Hotel Co. v. Wei–Chuan Inv.*, 189 F.3d 1017, 1024 (9th Cir.1999).

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

